**MARCUS A. TORIGIAN, #169421**
**LAW OFFICE OF MARCUS A. TORIGIAN**
**2033 S. Court Street**
**Visalia, California 93277**
**Telephone: (559) 627-5399**
**Facsimile:  (559) 627-5822**

Attorney for Appellant:      PACIFICA PARK APARTMENTS, LLC

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PACIFICA PARK APARTMENTS, LLC.<br><br>Debtor,<br><br>PACIFICA PARK APARTMENTS, LLC.<br><br>Appellant.<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION<br><br>Appellee. | District Court Case Number<br>1:13-CV-00164-AWI<br><br>Bankruptcy Court Case Number<br>12-60039-B-11<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**<br><br>Date:<br>Time:<br>Courtroom:     2<br>Place:          U.S. Courthouse - 8th Floor<br>                   2500 Tulare Street<br>                   Fresno, California 93721 |

The undersigned counsel of record of the respective parties in the above-entitled action hereby agree and stipulate as follows:

1.      The Appellee U.S. BANK NATIONAL ASSOCIATION, ET. AL. in the above entitled matter has agreed to grant Appellant PACIFICA PARK APARTMENTS, LLC a forty (40) day extension for the filing of its Appellant's Opening Brief, up to and including May 6, 2013.

2.      The basis of the Stipulation is that Appellant's Attorney has an Appellant's Opening Brief due before the Fifth District Court of Appeal on April 8, 2013.

3.      Appellant's Attorney has a criminal trial pending in Fresno County Superior Court scheduled to commence on April 8, 2013.

4.      Appellant's Attorney has three (3) criminal trials pending in Tulare County Superior Court scheduled to commence on April 15, 2013, April 22, 2013 and April 29, 2013, respectively.

5. The parties also agree and stipulate that there will be no prejudice to any party as a result of this extension.

6. The parties agree and stipulate that Appellant's Opening Brief will now be due on or before May 6, 2013.

7. The parties agree and stipulate that Appellee's Opening Brief will now be due on or before twenty-eight (28) days after service of Appellant's Opening Brief.

Dated: March 27, 2013  /s/ Marcus A. Torigian

MARCUS A. TORIGIAN
Attorney for Appellant
PACIFICA PARK APARTMENTS, LLC

Dated: March 27, 2013  /s/ Jeffrey S. Goodfried

JEFFREY S. GOODFRIED
Attorney for Appellee
U.S. BANK NATIONAL ASSOCIATION, ET. AL

## ORDER

Based upon the foregoing stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that

1. Appellant's Opening Brief is now due on **May 6, 2013.**

2. Appellee's Opening Brief is due, filed in the district court, within **twenty-eight (28) days** after service of Appellant's Opening Brief

3. Appellant may file a reply brief with the district court, within **fourteen (14) days** after service of appellee's brief.

4. Once all briefs have been submitted, the appellant is to notify the court in writing, within **fourteen (14) days** after service of appellant's reply brief, that the appeal is ready for oral argument.

IT IS SO ORDERED.

Dated: March 28, 2013

SENIOR DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation & Order for Extension of Time - Pg. 3