MARCUS A. TORIGIAN, #169421
LAW OFFICE OF MARCUS A. TORIGIAN
2033 S. Court Street
Visalia, California 93277
Telephone: (559) 627-5399
Facsimile:  (559) 627-5822

Attorney for Appellant:     PACIFICA PARK APARTMENTS, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PACIFICA PARK APARTMENTS, LLC.<br><br>Debtor,<br><br>PACIFICA PARK APARTMENTS, LLC.<br><br>Appellant.<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION<br><br>Appellee. | District Court Case Number<br>1:13-CV-00164-AWI<br><br>Bankruptcy Court Case Number<br>12-60039-B-11<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**<br><br>Date:<br>Time:<br>Courtroom:     2<br>Place:            U.S. Courthouse - 8th Floor<br>                      2500 Tulare Street<br>                      Fresno, California 93721 |

The undersigned counsel of record of the respective parties in the above-entitled action hereby agree and stipulate as follows:

1.  The Appellee U.S. BANK NATIONAL ASSOCIATION, ET. AL. in the above entitled matter has agreed to grant Appellant PACIFICA PARK APARTMENTS, LLC a seven (7) day extension for the filing of its Appellant's Opening Brief, up to and including May 13, 2013.

2.  As a result of the Appellant's Attorney criminal trial schedule in April 2013, in Tulare County Superior Court Appellant attorney will not be able to complete Appellant's Opening Brief in this case by May 6, 2013, without impairing the quality of the brief.

3.  The parties also agree and stipulate that there will be no prejudice to any party as a result of this extension.

Stipulation & Order for Extension of Time - Pg. 1

5. The parties agree and stipulate that Appellant Pacifica Park Apartments, LLC will not seek or request any further extensions from the Court or from Appellee concerning the filing of Appellant's Opening Brief. This is Appellant's last extension on Appellant's Opening Brief.

5. The parties agree and stipulate that Appellant's Opening Brief will now be due on or before May 13, 2013.

6. The parties agree and stipulate that Appellee's Opening Brief will now be due on or before twenty-eight (28) days after service of Appellant's Opening Brief.

Dated:   May 7, 2013

          /s/ Marcus A. Torigian
MARCUS A. TORIGIAN
Attorney for Appellant
PACIFICA PARK APARTMENTS, LLC

Dated:   May 6, 2013

          /s/ Jeffrey S. Goodfried
JEFFREY S. GOODFRIED
Attorney for Appellee
U.S. BANK NATIONAL ASSOCIATION, ET. AL.

## ORDER

Based upon the foregoing stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that

1. Appellant's Opening Brief is now due on **May 13, 2013.**

2. Appellee's Opening Brief is due, filed in the district court, within **twenty-eight (28) days** after service of Appellant's Opening Brief

3. Appellant may file a reply brief with the district court, within **fourteen (14) days** after service of appellee's brief.

4. Once all briefs have been submitted, the appellant is to notify the court in writing, within **fourteen (14) days** after service of appellant's reply brief, that the appeal is ready for oral argument.

IT IS SO ORDERED.

Dated:   May 7, 2013

          SENIOR DISTRICT JUDGE