MARCUS A. TORIGIAN, #169421
LAW OFFICE OF MARCUS A. TORIGIAN
2033 S. Court Street
Visalia, California 93277
Telephone: (559) 627-5399
Facsimile: (559) 627-5822

Attorney for Appellant:   PACIFICA PARK APARTMENTS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PACIFICA PARK APARTMENTS, LLC.<br><br>Debtor,<br><br>PACIFICA PARK APARTMENTS, LLC.<br><br>Appellant.<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION<br><br>Appellee. | **District Court Case Number**<br>1:13-CV-00164-AWI<br><br>**Bankruptcy Court Case Number**<br>12-60039-B-11<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF**<br><br>Date:<br>Time:<br>Courtroom:   2<br>Place:   U.S. Courthouse - 8th Floor<br>2500 Tulare Street<br>Fresno, California 93721 |

The undersigned counsel of record of the respective parties in the above-entitled action hereby agree and stipulate as follows:

1.   The Appellee U.S. BANK NATIONAL ASSOCIATION, ET. AL. in the above entitled matter has agreed to grant Appellant PACIFICA PARK APARTMENTS, LLC a twenty-one (21) day extension for the filing of its Appellant's Reply Brief, up to and including July 15, 2013.

2.   As a result of the Appellant's Attorney criminal trial schedule in June 2013, in Tulare County Superior Court Appellant attorney will not be able to complete Appellant's Reply Brief in this case by June 24, 2013, without impairing the quality of the brief.

3.   The parties also agree and stipulate that there will be no prejudice to any party as a result of this extension.

5. The parties agree that Appellant Pacifica Park Apartments, LLC will not seek or request any further extensions from the Court or from Appellee concerning the filing of Appellant' Reply Brief.

5. The parties agree and stipulate that Appellant's Opening Brief will now be due on or before July 15, 2013.

Dated:      June 19, 2013

      /s/ Marcus A. Torigian
MARCUS A. TORIGIAN
Attorney for Appellant
PACIFICA PARK APARTMENTS, LLC

Dated:      June 19, 2013

      /s/ Jeffrey S. Goodfried
JEFFREY S. GOODFRIED
Attorney for Appellee
U.S. BANK NATIONAL ASSOCIATION, ET. AL.

## ORDER

Based upon the foregoing stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that

1. Appellant's Reply Brief is now due on **July 15, 2013.**

2. Once all briefs have been submitted, the appellant is to notify the court in writing, within **fourteen (14) days** after service of appellant's reply brief, that the appeal is ready for oral argument.

IT IS SO ORDERED.

Dated:   June 24, 2013

                                SENIOR DISTRICT JUDGE